ACCEPTED
15-24-00114-CV
FIFTEENTH COURT OF APPEALS
AUSTIN, TEXAS
2/25/2025 5:25 PM
CHRISTOPHER A. PRINE
CLERK

**No. 15-24-00114-CV**

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
2/25/2025 5:25:16 PM
CHRISTOPHER A. PRINE
Clerk

## In the Court of Appeals for the Fifteenth District of Texas

Cecile E. Young, in her official capacity as Executive Commissioner of Texas Health & Human Services Commission,

*Appellant,*

v.

Cook Children's Health Plan, Texas Children's Health Plan, Superior HealthPlan, Inc., and Wellpoint Insurance Company,

*Appellees.*

---

Appeal from the 455th Judicial District Court, Travis County, Texas, Trial Court Cause No. D-1-GN-24-003839, Hon. Laurie Eiserloh, Presiding

---

## Amended Unopposed Motion for Withdrawal of Attorney

---

1.      Appellee Superior HealthPlan, Inc. ("Superior") requests that the Court allow one of its attorneys, Meghan McCaig, to withdraw as counsel of record for Superior in this case.

2.      Ms. McCaig is leaving Holland & Knight LLP. Karen D. Walker, Tiffany Roddenberry, and Richard B. Phillips, Jr. of Holland & Knight LLP will continue to be counsel of record on behalf of Superior.

1

3. Counsel for the appellants and for the other appellees have stated that they not oppose the relief requested.

4. Accordingly, Superior respectfully requests that the Court enter an order allowing Meghan McCaig to withdraw as counsel of record for Superior in this case.

Respectfully submitted,

Holland & Knight LLP

By: */s/ Richard B. Phillips, Jr.*
    Richard B. Phillips, Jr.
    Texas Bar No. 24032833
    rich.phillips@hklaw.com

One Arts Plaza
1722 Routh Street, Suite 15500
Dallas, Texas 75201
(214) 964-9500 (telephone)
(214) 964-9501 (facsimile)

    Karen D. Walker
    *Pro Hac Vice Forthcoming*
    Florida Bar No. 982921
    D.C. Bar No. 90004390
    karen.walker@hklaw.com
    Tiffany Roddenberry
    *Pro Hac Vice Forthcoming*
    Florida Bar No. 92524
    tiffany.roddenberry@hklaw.com

315 S. Calhoun Street, Suite 600
Tallahassee, Florida 32301
(850) 425-5612 (telephone)
(850) 224-8832 (facsimile)

**ATTORNEYS FOR APPELLEE SUPERIOR HEALTHPLAN, INC.**

3

## CERTIFICATE OF CONFERENCE

I certify that counsel for Superior conferred by email with counsel for all other parties regarding this motion. They all indicated that their clients are not opposed to the withdrawal of Ms. McCaig as counsel for Superior.

By: _Richard B. Phillips, Jr._
Richard B. Phillips, Jr.


## CERTIFICATE OF SERVICE

I certify that a true and correct copy of this document was served on all counsel of record in this case by efiletexas.gov on February 25, 2025.

By: _Richard B. Phillips, Jr._
Richard B. Phillips, Jr.

# Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Richard Phillips on behalf of Richard Phillips Jr.
Bar No. 24032833
Rich.Phillips@hklaw.com
Envelope ID: 97789808
Filing Code Description: Motion
Filing Description: Amended Unopposed Motion for Withdrawal of Meghan McCaig as Counsel for Superior HealthPlan, Inc.
Status as of 2/26/2025 7:06 AM CST

Associated Case Party: Texas Health and Human Services

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Victoria Gomez | | victoria.gomez@oag.texas.gov | 2/25/2025 5:25:16 PM | SENT |
| Jennifer Cook | | Jennifer.Cook@oag.texas.gov | 2/25/2025 5:25:16 PM | SENT |
| Troy Sager | | troy.sager@oag.texas.gov | 2/25/2025 5:25:16 PM | SENT |

Associated Case Party: Cook Children's Health Plan

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Perkins Docketing Team | | DocketSEA@perkinscoie.com | 2/25/2025 5:25:16 PM | SENT |
| Karen Burgess | 796276 | kburgess@burgesslawpc.com | 2/25/2025 5:25:16 PM | SENT |
| Amy Warr | 795708 | awarr@adjtlaw.com | 2/25/2025 5:25:16 PM | SENT |
| Juliana Bennington | | jbennington@perkinscoie.com | 2/25/2025 5:25:16 PM | SENT |
| Reina A.Almon-Griffin | | ralmon-Griffin@perkinscoie.com | 2/25/2025 5:25:16 PM | SENT |
| Trisha Marino | | tmarino@perkinscoie.com | 2/25/2025 5:25:16 PM | SENT |
| Katie Dolan-Galaviz | | kgalaviz@burgesslawpc.com | 2/25/2025 5:25:16 PM | SENT |
| Matthew Gordon | | mgordon@perkinscoie.com | 2/25/2025 5:25:16 PM | SENT |
| Jonathan Hawley | | jhawley@perkinscoie.com | 2/25/2025 5:25:16 PM | ERROR |

Associated Case Party: Texas Children's Health Plan

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Warren Huang | 796788 | warren.huang@nortonrosefulbright.com | 2/25/2025 5:25:16 PM | SENT |
| Paul Trahan | 24003075 | paul.trahan@nortonrosefulbright.com | 2/25/2025 5:25:16 PM | SENT |
| Susan Harris | 6876980 | susan.harris@nortonrosefulbright.com | 2/25/2025 5:25:16 PM | SENT |

# Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Richard Phillips on behalf of Richard Phillips Jr.
Bar No. 24032833
Rich.Phillips@hklaw.com
Envelope ID: 97789808
Filing Code Description: Motion
Filing Description: Amended Unopposed Motion for Withdrawal of Meghan McCaig as Counsel for Superior HealthPlan, Inc.
Status as of 2/26/2025 7:06 AM CST

Associated Case Party: Texas Children's Health Plan

| | | | | |
|---|---|---|---|---|
| Susan Harris | 6876980 | susan.harris@nortonrosefulbright.com | 2/25/2025 5:25:16 PM | SENT |
| Thomas Coulter | 4885500 | tom.coulter@nortonrosefulbright.com | 2/25/2025 5:25:16 PM | SENT |

Associated Case Party: Superior Healthplan Inc.

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Richard Phillips | 24032833 | Rich.Phillips@hklaw.com | 2/25/2025 5:25:16 PM | SENT |
| J McCaig | 24070083 | meghan.mccaig@hklaw.com | 2/25/2025 5:25:16 PM | SENT |
| Karen Walker | | karen.walker@hklaw.com | 2/25/2025 5:25:16 PM | SENT |
| Tiffany Roddenberry | | tiffany.roddenberry@hklaw.com | 2/25/2025 5:25:16 PM | SENT |

Associated Case Party: Wellpoint Insurance Company

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Robert Johnson | 10786400 | rjohnson@foley.com | 2/25/2025 5:25:16 PM | SENT |
| Michelle Ku | 24071452 | mku@foley.com | 2/25/2025 5:25:16 PM | SENT |
| Kristin Hernandez | | kristin.hernandez@foley.com | 2/25/2025 5:25:16 PM | SENT |
| Benjamin Grossman | | bjgrossman@foley.com | 2/25/2025 5:25:16 PM | SENT |
| Stacey Obenhaus | | sobenhaus@foley.com | 2/25/2025 5:25:16 PM | SENT |

Associated Case Party: Molina Healthcare of Texas, Inc.

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Cheryl LaFond | 24104015 | clafond@scottdoug.com | 2/25/2025 5:25:16 PM | SENT |

## Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Richard Phillips on behalf of Richard Phillips Jr.
Bar No. 24032833
Rich.Phillips@hklaw.com
Envelope ID: 97789808
Filing Code Description: Motion
Filing Description: Amended Unopposed Motion for Withdrawal of Meghan McCaig as Counsel for Superior HealthPlan, Inc.
Status as of 2/26/2025 7:06 AM CST

Associated Case Party: Molina Healthcare of Texas, Inc.

| Cheryl LaFond | 24104015 | clafond@scottdoug.com | 2/25/2025 5:25:16 PM | SENT |
|---|---|---|---|---|
| Jason R.LaFond | | jlafond@scottdoug.com | 2/25/2025 5:25:16 PM | SENT |

Associated Case Party: Aetna Better Health of Texas, Inc.

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Joseph Knight | 11601275 | jknight@ebbklaw.com | 2/25/2025 5:25:16 PM | SENT |

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Michaelle Peters | | mpeters@scottdoug.com | 2/25/2025 5:25:16 PM | SENT |
| Julie Wright | | julie.wright@nortonrosefulbright.com | 2/25/2025 5:25:16 PM | SENT |
| Amanda DoddsPrice | | amanda.price@squirepb.com | 2/25/2025 5:25:16 PM | SENT |
| David Johns | | david@cobbjohns.com | 2/25/2025 5:25:16 PM | SENT |
| Michelle Joyner | | mjoyner@scottdoug.com | 2/25/2025 5:25:16 PM | SENT |
| Abril Rivera | | arivera@scottdoug.com | 2/25/2025 5:25:16 PM | SENT |
| Jessie Johnson | | jessie.johnson@nortonrosefulbright.com | 2/25/2025 5:25:16 PM | SENT |